IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS JERONE MURPHY,

    Movant,                     No. 2:12- cv-1563 GGH P

    vs.

MIKE BABCOCK,

    Respondent.             <u>ORDER</u>

_____/

       Movant, a federal prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his petition for a writ of habeas corpus.[1] Dkt. 1. Before movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

---

[1] Although movant purported to file a § 2241 motion, this court construes it as a § 2255 motion.

1

1    For the reasons set forth in the undersigned's November 21, 2012 order, movant has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: February 13, 2013

/s/ Gregory G. Hollows<br>
UNITED STATES MAGISTRATE JUDGE

ggh9